UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80088-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**VIRGINIA ELENA CIORECAN,**

    Defendant.

_____/

<u>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**</u>

**THIS CAUSE** comes before the Court on Defendant Virginia Elena Ciorecan's First Unopposed Motion to Continue Trial [ECF No. 19]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 19] is **GRANTED** for the reasons stated in the Motion. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, July 21, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, September 6, 2022, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **September 12, 2022**.

2. All pre-trial motions and motions *in limine* must be filed by **August 15, 2022**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant,

CASE NO. 22-80088-CR-CANNON

Defendants shall file a combined motion.

3.  All other instructions set forth in the Court's Order Setting Trial [ECF No. 14] remain in effect.

4.  The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of July 2022.

AILEEN M. CANNON<br>
UNITED STATES DISTRICT JUDGE

cc:   counsel of record