**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-80088-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**VIRGINIA ELENA CIORECAN,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 32].  On October 21, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 29] during which Defendant pled guilty to Count One of the Indictment [ECF No. 9] pursuant to a stipulated factual basis and plea agreement [ECF No. 30].  The Government submitted a factual basis for the plea, and Defendant agreed that the Government's proffer was true and correct. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One in the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of Count One [ECF No. 9].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 32] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered by Defendant Virginia Elena Ciorecan as to Count One of the

CASE NO. 22-80088-CR-CANNON

Indictment is **ACCEPTED**.

3. Defendant Virginia Elena Ciorecan is adjudicated guilty of Count One of the Indictment, which charges her with bank fraud in violation of 18 U.S.C. § 1344.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of November 2022.

*[Signature]*

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record